# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01004-RM-MEH

TRAVIS JAMES MATTHEWS,

    Plaintiff,

v.

DARCY KOFOL,
GEORGE BRAUCHLER,
BLAKE SCHNITKER,
NICOLA GESI, and
WILLIAM WARREN, individually and in their official capacities,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 122), entered by Judge Raymond P. Moore on February 24, 2020, it is

ORDERED that the DEA Defendants' partial objection (ECF No. 121) is OVERRULED. It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge Michael E. Hegarty (ECF No. 120), is ACCEPTED IN PART and REJECTED IN PART. It is

FURTHER ORDERED that Defendants' motions to dismiss (ECF Nos. 104, 106) are GRANTED. It is

FURTHER ORDERED that this case is closed.

Dated: February 24, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. West

S. West, Deputy Clerk